**Dismissed; Opinion Filed August 28, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00823-CV

### KAWANIA LYNN, Appellant
### V.
### NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-03042**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Carlyle
Opinion by Justice Carlyle

By notice of appeal filed July 11, 2019, Kawania Lynn challenges the trial court's January 11, 2019 final judgment. The notice states the appeal is restricted, *see* TEX. R. APP. P. 30, but it fails to comply with the requirements for a restricted appeal under Texas Rule of Appellate Procedure 25.1(d)(7). On July 19, 2019, and again on August 12, 2019, we directed Lynn to file an amended notice of appeal that complies with rule 25.1(d)(7). *See* TEX. R. APP. P. 25.1(d)(7); *see also id.* 44.3 (appellate court must not dismiss appeal for formal defects or irregularities without allowing reasonable time to correct or amend); *Grand Prairie Indep. Sch. Dist. v. S. Parts Imports, Inc.*, 813 S.W.2d 499, 500 (Tex. 1991) (per curiam) (appellate court may not dismiss appeal when appellant files wrong instrument without giving appellant opportunity to amend or file correct instrument). Our August 12th letter cautioned Lynn that failure to comply by August 22, 2019

could result in dismissal of the appeal. *See* TEX. R. APP. P. 42.3(c). To date, an amended notice of appeal has not been filed. Accordingly, we dismiss the appeal. *See id.* 42.3(b), (c).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

190823F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KAWANIA LYNN, Appellant

No. 05-19-00823-CV      V.

NATIONSTAR MORTGAGE LLC D/B/A
MR. COOPER, Appellee

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-03042.
Opinion delivered by Justice Carlyle,
Justices Myers and Molberg participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 28th day of August, 2019.